JS-6

NUNC PRO TUNC



to 10/17/13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEC, INC. DERIVATIVE LITIGATION<br><br>This Document Related To:<br>  ALL ACTIONS | Lead Case No. ~~CV-10-00667-JVS~~  SACV 10-220 JVS (MLGx)<br><br>*Consolidated with Case Nos. SACV 10-00220-JVS & SACV 12-1862 JVS*<br><br>**ORDER OF VOLUNTARY DISMISSAL OF DEMAND FUTILITY CLAIMS WITHOUT PREJUDICE**<br><br>Judge:      Hon. James V. Selna<br>Courtroom: 10C |

## ORDER

The Court has received and reviewed the parties' Joint Stipulation of Voluntary Dismissal of Demand Futility Claims Without Prejudice, filed October 16, 2013. Based upon that Joint Stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. In light of the acquisition of sTec by Western Digital on September 12, 2013, the notice requirements of Federal Rule of Civil Procedure Rule 23.1(c) do not apply to this Voluntary Dismissal. *See Daugherty v. Ball*, 43 F.R.D. 329, 334 (C.D. Cal. 1967); *see also Weiss v. SCM Corp.*, 1986 U.S. Dist. LEXIS 23035, *4 (S.D.N.Y. July 9, 1986); *Sheinberg v. Fluor Corp.*, 91 F.R.D. 74, 74-76 (S.D.N.Y. 1981)).

2. The claims asserted in the Consolidated Verified Shareholder Derivative Complaint For Breach Of Fiduciary Duty; Demand for Jury Trial (the "Consolidated Complaint") (Dkt. No. 30) are hereby DISMISSED, without prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own costs and attorneys' fees.

3. The supplemental claims asserted by the Demand Made Plaintiff are not affected by this Order.

**IT IS SO ORDERED.**

DATED: October 17 , 2013

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE